# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAVELL BONE, | : |
| | : |
| **Plaintiff** | CIVIL ACTION NO. 3:14-1712 |
| | : |
| v | |
| | :   (JUDGE MANNION) |
| OFC T. CRAWFORD *et al.* | |
| | : |
| **Defendants** | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment (Doc. 22) is **GRANTED**. Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

2. Defendant, "SORT Team Members" is dismissed pursuant to Rule 4(m) for Plaintiff's failure to properly identify these Defendants and effectuate service within 120 days of the filing of the complaint. See FED.R.CIV.P. 4(m).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: **March 31, 2016**